UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Faith S. Hochberg<br>Criminal No. 06-555 |
| v. | : | |
| VICTOR ROJAS | : | <u>ORDER</u> |

Having considered Victor Rojas's "Motion for Relief of 'Void' Judgment Pursuant to Rule 60(b)(4) of the Federal Rules of Civil Procedure and Pursuant to Plain Error Review Rule 52(b) In Violation of Fifth, Sixth, Eighth and Fourteenth Amendments" (Docket No. 40) and the United States's Opposition to the same,

IT IS, on this 10th day of June, 2009, **ORDERED** that Mr. Rojas's Motion is **DENIED**, and it is further

**ORDERED** that Mr. Rojas shall not file further pleadings seeking relief from his sentence without first obtaining leave of this Court, and it is further

**ORDERED** that this case is **CLOSED**.

_____
HON. FAITH S. HOCHBERG
United States District Judge

Dated: 6/10, 2009