# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| )  | Criminal Action No. 06-555(FSH) |
| v.   ) | |
| )  | **ORDER** |
| VICTOR ROJAS,   ) | |
| )  | July 27, 2009 |
| Defendant.   ) | |

**HOCHBERG, District Judge:**

    This matter having been raised by Mr. Rojas seeking to proceed with his appeal (Third Circuit No. 09-2844) without prepayment of fees; and this Court having reviewed his application,

    **IT IS THEREFORE** on this 27th day of July, 2009,

    **ORDERED** that Mr. Rojas's application to proceed *in forma pauperis* is **GRANTED**.

    /s/ Faith S. Hochberg
    Hon. Faith S. Hochberg, U.S.D.J.